ALEXANDER BAKER, Respondent, v. THE PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed with costs.

COUNTY OF ST. LAWRENCE, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted.

CORNELIUS A. CASEY, Respondent, v. THE MOHICAN COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

ENCYCLOPEDIA PRESS, INC., Respondent, v. ENDICOTT-JOHNSON CORPORATION, Appellant.— Judgment unanimously affirmed, with costs.

EVERETT S. ENGLISH, as Administrator, etc., of JESSE P. ENGLISH, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements, with the right to answer within twenty days. Van Kirk, J., not sitting.

CARRIE FRISBEE, Respondent, v. BYRON FRISBEE, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

BYRON W. FRISBEE, Appellant, v. CARRIE FRISBEE, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

WILLIAM A. HARDER, Respondent, v. MAX LEVINE and FREDERICK CHRISTIANA, Appellants.— Judgment reversed and complaint dismissed, with costs, on the ground that the defendants have not threatened to obstruct the land eight feet wide and extending forty feet from Warren street, which is the only land with respect to which the plaintiff has established an easement. All concur, except Cochrane, J., not voting.